IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>NATHANIEL FASTHORSE,<br><br>    Defendant. | 4:15CB3004<br><br>DISMISSAL ORDER |

Upon the Motion of the Government, violation 1150600 is dismissed.

February 3, 2022.

BY THE COURT:

s/Cheryl R. Zwart
United States Magistrate Judge